

**FILED**

December 30, 2015

**OFFICE OF APPELLATE COURTS**

STATE OF MINNESOTA

IN SUPREME COURT

A15-1048

In re Petition for Disciplinary Action against
Douglas A. Ruhland, a Minnesota Attorney,
Registration No. 0094328.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a second amended petition for disciplinary action alleging that respondent Douglas A. Ruhland committed professional misconduct warranting public discipline—namely, representing a client with a conflict of interest, entering into business transactions with a client without providing the required written disclosures and without obtaining written informed consent, and misappropriating client funds, *see* Minn. R. Prof. Conduct 1.7(a), 1.8(a), 1.15(b), 1.15(c)(3), and 8.4(c); failing to keep trust account books and records, having shortages in trust accounts, and misappropriating client funds, *see* Minn. R. Prof. Conduct 1.15(c)(3), 1.15(h), as interpreted by Appendix 1 thereto, and 8.4(c); and failing to cooperate in disciplinary investigations, *see* Minn. R. Prof. Conduct 8.1(b); Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

The respondent and the Director have entered into a stipulation for discipline, in which respondent waives his right to answer the second amended petition for disciplinary action, waives his procedural rights pursuant to Rule 14, RLPR, and acknowledges that the

1

allegations in the second amended petition for disciplinary action will be deemed admitted. The parties jointly recommend that the appropriate discipline is disbarment.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.    Respondent Douglas A. Ruhland is disbarred, effective 14 days from the date of this order;

2.    Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals); and

3.    Respondent shall pay $900 in costs and $80 in disbursements pursuant to Rule 24, RLPR.

Dated:  December 30, 2015          BY THE COURT:

David R. Stras
Associate Justice

2